JUDGE GRIESA

# 12 CIV 3485

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STREAM INTERNATIONAL GLOBAL SERVICES PHILIPPINES, INC., <br><br> Petitioner, <br><br> v. <br><br> PEEK, INC., <br><br> Respondent. | Case No. 12 CV ___  |

## NOTICE OF PETITION TO CONFIRM ARBITRATION AWARD

PLEASE TAKE NOTICE that upon the annexed Declaration of Leonard G. Learner dated April 30, 2012, and the exhibits attached thereto, and upon the award of the Arbitrator in the arbitration proceedings between petitioner Stream International Global Services Philippines, Inc. ("Stream") and respondent Peek, Inc. ("Peek") rendered by the Arbitrator on August 5, 2011, an application will be made before this Court, 500 Pearl Street, Courtroom __, New York, New York 1007-1312 on _____ at _____ A.M. or as soon thereafter as counsel can be heard, for an order pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 9, 207, that (1) confirms the Arbitrator's August 5, 2011 award against Peek; (2) grants an order in Stream's favor and in conformity with the Arbitrator's award, including but not limited to the amount of contractual interest awarded in Paragraph A thereof, made current to the date of this Court's judgment, and the attorney's fees and administrative fees and expenses awarded in Paragraphs B and C thereof; (3) awards Stream its costs and attorney's fees incurred in bringing this Petition; and (4) grants such other and further relief as this Court deems just and proper.

Respectfully submitted,

ANDERSON KILL & OLICK, P.C.

By: _____
John M. O'Connor (JOC-1298
1251 Avenue of the Americas
New York, NY 10020-1182
(212) 278-1000
Attorneys for Petitioner Stream
International Global Services Philippines,
Inc.

AND

Leonard G. Learner, Esq.
Law Offices of Leonard G. Learner
40 Beverly Road
Wellesley, MA 02481
(781) 237-2060
Co-counsel for Petitioner Stream
International Global Services Philippines,
Inc.

Dated: New York, New York
April 30, 2012