UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STREAM INTERNATIONAL GLOBAL SERVICES
PHILIPPINES, INC.,

                Petitioner,

v.

PEEK, INC.,

                Respondent.

CASE NO. 12 CV 3485

**AFFIDAVIT OF SERVICE**

Matthew F. Putorti, being duly sworn, deposes and says:

Deponent is over eighteen years of age, is not a party to this lawsuit, and is employed by the firm of Anderson Kill & Olick, P.C., 1251 Avenue of the Americas, New York, NY 10020.

On May 3, 2012, deponent served a true copy of the Notice of Petition to Confirm Arbitration Award, Petition to Confirm Arbitration Award, Disclosure Statement Pursuant to Fed.R.Civ.P. 7.1, and Civil Action Cover Sheet upon:

        Peek, Inc.
        419 Lafayette Street
        New York, New York 10003

by mailing true copies enclosed in a certified, postpaid, return-receipt-requested envelope addressed at the address listed above, and depositing it in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                              _/s/ Matthew F. Putorti_
                              Matthew F. Putorti

Sworn to before me on this
3rd day of May, 2012

_/s/ Sara Zuckerman_
Notary Public

SARA ZUCKERMAN
Notary Public, State of New York
No. 01ZU6044566
Qualified in New York County
Commission Expires July 10, 2014

nydocs1-987647.1