**JUDGE GRIESA**  12 CIV 3485

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



STREAM INTERNATIONAL GLOBAL
SERVICES PHILIPPINES, INC.,

    Petitioner,

v.

PEEK, INC.,

    Respondent.

Case No. 12 CV _____

## DISCLOSURE STATEMENT PURSUANT TO FED.R.CIV.P. 7.1

PURSUANT TO RULE 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for petitioner Stream International Global Services Philippines, Inc. ("Stream") certifies that (1) Stream is a an indirect wholly-owned subsidiary of the parent company, Stream Global Services, Inc., a Delaware corporation with a principal place of business at 20 William Street, Suite 310, Wellesley, Massachusetts; and (2) no publicly traded corporation owns 10% or more of the stock of Stream.

ANDERSON KILL & OLICK, P.C.

By: _____
John M. O'Connor (JOC-1298)
1251 Avenue of the Americas
New York, NY 10020-1182
(212) 278-1000
Attorneys for Petitioner Stream
International Global Services Philippines,
Inc.

AND

Leonard G. Learner, Esq.
Law Offices of Leonard G. Learner
40 Beverly Road
Wellesley, MA 02481
(781) 237-2060
Co-counsel for Petitioner Stream
International Global Services Philippines,
Inc.

Dated: New York, New York
April 30, 2012