## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Case No.: 12-CIV-3485**

---------------------------------------------------------------X

**STREAM INTERNATIONAL GLOBAL
SERVICES PHILIPPINES, INC.,**

Plaintiff,

- against -

**PEEK, INC.,**

Defendant.

---------------------------------------------------------------X

Attorney: **Anderson Kill & Olick, P.C.**
1251 Avenue of the Americas
42nd Floor
New York, New York 10020
212-278-1000

STATE OF NEW YORK, COUNTY OF NASSAU; SS:

The undersigned being duly sworn, deposes and says:

I, **Corey Guskin**, am not a party to this action, I am over 18 years of age, and I reside in the County of Nassau, in the State of New York.

That on Friday, June 1, 2012, at 11:46 A.M. deponent **served** the within Cover Letter Dated 5/3/12, **Notice of Petition to Confirm Arbitration Award,** Petition to Confirm Arbitration Award, Disclosure Statement Pursuant to Fed. R. Civ. P. 7.1, Civil Cover Sheet and Individual Practices of Judge Thomas P. Griesa

Upon:          **Peek, Inc.**
Located at:    33 West 17th Street, 9th Floor, Suite 903, New York, New York 10011

### Corporate Service:

A corporation, by delivering there at a true copy of the aforesaid documents to **Peek, Inc.**, personally, deponent knew said corporation so served to be the corporation described in said Notice of Petition and Petition and knew said individual to be **Amol Sarva** – CEO, thereof and he stated that he was authorized to accept service of process for Peek, Inc.

Amol Sarva's Description: Brown Skin, Male, Black Hair, 35 Years Old, Seated, 6' and 195 Lbs

**Corey Guskin**

License # 1094475

Sworn to before me this 3rd day of June, 2012

Notary Public

Joan Guskin
Notary Public State of New York
No. 01GU6230103
Qualified in Nassau Coun
Commission Expires Nov. 1, 2014