# AFFIDAVIT OF SERVICE

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | Case No.: 12-CIV-3485 |

-------------------------------------------------------------X

**STREAM INTERNATIONAL GLOBAL SERVICES PHILIPPINES, INC.,**

          Plaintiff,

- against -

**PEEK, INC.,**

          Defendant.

-------------------------------------------------------------X

Attorney: **Anderson Kill & Olick, P.C.**
1251 Avenue of the Americas
42nd Floor
New York, New York 10020
212-278-1000

STATE OF NEW YORK, COUNTY OF NASSAU; SS:

The undersigned being duly sworn, deposes and says:

I, **Corey Guskin**, am not a party to this action, I am over 18 years of age, and I reside in the County of Nassau, in the State of New York.

That on Thursday, June 7, 2012, at 4:29 P.M. deponent **served** the within **Declaration of Leonard G. Learner in Support of Petition to Confirm Arbitration Award**

Upon:     **Peek, Inc.**
Located at:   33 West 17th Street, 9th Floor, Suite 903, New York, New York 10011

### Corporate Service:

A corporation, by delivering there at a true copy of the aforesaid documents to **Peek, Inc.**, personally, deponent knew said corporation so served to be the corporation described in said Declaration of Leonard G. Learner in Support of Petition to Confirm Arbitration Award and knew said individual to be **Amol Sarva** – CEO, thereof and he stated that he was authorized to accept service of process for Peek, Inc.

Amol Sarva's Description: Brown Skin, Male, Black Hair, 35 Years Old, Seated, 6' and 195 Lbs

                                                                       Corey Guskin

                                                                       License # 1094475

Sworn to before me this 11th day of June, 2012.

Joan Guskin
Notary Public State of New York
No. 01GU6230183
Qualified in Nassau County
Commission Expires Nov 1, 2014

Notary Public