# ANDERSON KILL & OLICK, P.C.

Attorneys and Counsellors at Law

1251 AVENUE OF THE AMERICAS■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

John M. O'Connor, Esq.
Joconnor@andersonkill.com
212-278-1014



June 18, 2012

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/12

Hon. Thomas P. Griesa
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: Stream International Global Services Philippines, Inc. v. Peek, Inc.
12 CIV 3485

Dear Judge Griesa:

**MEMO ENDORSED**

We represent the Plaintiff, Stream International Global Services Philippines, Inc. I am writing to inform the Court with respect to the dates on which the Defendant Peek, Inc. was served.

On June 1, 2012, the Defendant was personally served with copies of the Notice of Petition to Confirm Arbitration Award, Petition to Confirm Arbitration Award, Disclosure Statement Pursuant to Fed.R.Civ.P. 7.1, and Civil Action Cover Sheet.

On June 7, 2012, the Defendant was personally served with a copy of the Declaration of Leonard G. Lerner in Support of Petition to Confirm Arbitration Award, which was inadvertently not included in the first service package.

Plaintiff has electronically filed with the court all of these documents and has previously provided courtesy copies to Your Honor.

*To Be Docketed*

*Thomas P. Griesa by MM*
*6/27/12*

Respectfully,

*John M. O'Connor*
John M. O'Connor

jmo'c/mfp
cc: Peek, Inc.
    Leonard G. Learner, Esq.