UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STREAM INTERNATIONAL GLOBAL
SERVICES PHILIPPINES, INC.,

                Petitioner,

      v.

PEEK, INC.,

                Respondent.

Case No. 12 CIV 3485 (TPG)

**AFFIDAVIT OF SERVICE**

---

      I, Donald Flynn, being duly sworn, deposes and says: Deponent is not a party to the action, is over 18 years of age and is employed by Anderson Kill & Olick, P.C., 1251 Avenue of the Americas, New York, NY 10020.

      On the 11th day of October, 2012, deponent served true copies of **Motion to Enter Judgment Confirming Arbitration Award, Memorandum of Law in Support of Motion to Enter Judgment Confirming Arbitration Award, Declaration of Matthew F. Putorti in Support of Motion to Enter Judgment Confirming Arbitration Award and Judgment** upon:

            Peek Inc,
            33 West 17th Street, 9th Fl.
            Suite 903
            New York, NY 10011

by causing true copies to be enclosed in a first class post-paid envelope properly addressed, and personally depositing it in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York.

                                                        _____
                                                        Donald Flynn

Sworn to before me on this
11th day of October, 2012

_____
Notary Public

Melina Olivieri
Notary Public, State of New York
NO. 01OL6212487
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires October 13, 2013