## AFFIDAVIT OF SERVICE

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | Case No.: 12-CIV-3485 |

-----------------------------------------------------------------X

**STREAM INTERNATIONAL GLOBAL SERVICES PHILIPPINES, INC.,**

        Plaintiff,

   - against -

**PEEK, INC.,**

        Defendant.

-----------------------------------------------------------------X

Attorney: **Anderson Kill & Olick, P.C.**
1251 Avenue of the Americas
42nd Floor
New York, New York 10020
212-278-1000

STATE OF NEW YORK, COUNTY OF NASSAU; SS:

The undersigned being duly sworn, deposes and says:

I, **Corey Guskin**, am not a party to this action, I am over 18 years of age, and I reside in the County of Nassau, in the State of New York.

That on Friday, October 12, 2012, at 11:41 P.M. deponent **served** the within **Judgment, Memorandum of Law in Support of Motion to Enter Judgment Confirming Arbitration Award, Declaration of Matthew F. Putorti in Support of Motion to Enter Judgment Confirming Arbitration Award, Exhibits A and B and Motion to Enter Judgment Confirming Arbitration Award**

Upon:      **Peek, Inc.**
Located at:   33 West 17th Street, 4th Floor, Suite 402, New York, New York 10011

### Corporate Service:

A corporation, by delivering there at a true copy of the aforesaid documents to **Peek, Inc.**, personally, deponent knew said corporation so served to be the corporation described in said Judgment and knew said individual to be **Arjun Venkataswanyreddy** – Authorized, thereof and he stated that he was authorized to accept service of process for Peek, Inc.

Arjun Venkataswanyreddy's Description: Brown Skin, Male, Black Hair, 28 Years Old, Glasses, 5' 9 " and 175 Lbs

                                   **Corey Guskin**

                                   License # 1094475

Sworn to before me this 15th day of October, 2012

Jo... kin
N*tary Pu*blic State of New York
No. 01GU6230103
Qualified in Nassau County
Commission Expires NOV 1, 2014

Notary Public