USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _6/19/12_

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

STREAM INTERNATIONAL GLOBAL
SERVICES PHILIPPINES, INC.,

                    Petitioner,                         12 **CIVIL** 3485 (TPG)

          -against-                                     **JUDGMENT**

PEEK, INC.,                                             #12,1900
                    Defendants.

-------------------------------------------------------------X

Whereas before this Court is a petition by Stream International Global Services Philippines,

Inc. ("Stream") to confirm an arbitration award in its favor as against Peek, Inc. ("Peek"), and the

matter having been brought before the Honorable Thomas P. Griesa, United States District Judge,

and the Court, on October 18, 2012, having issued its Order confirming the arbitrator's award,

entitling Stream to $182,584.41 in damages, $52,328.82 in interest accrued prior to July 1,2011, and

interest on the interest-inclusive damages award of $234,913.23 at a rate of 18% annually from July

1, 2011 until the date of its judgment in this court, entitling Stream to arbitration fees of $6,316,25

and its attorney's fees of $14,000.00, and entitling Stream to its attorneys' fees in petitioning this

court to confirm the award, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the

Court's Order dated October 18, 2012, the arbitrator's award is confirmed; Stream is entitled

$182,584.41 in damages, $52,328.82 in interest accrued prior to July 1,2011, and interest on the

interest-inclusive damages award of $234,913.23 at a rate of 18% annually from July 1, 2011 until

the date of this judgment of $55,143.47; in addition, Stream is entitled to arbitration fees of

$6,316,25 and its attorney's fees of $14,000.00 for a total sum of $310,372.95; Stream is also

entitled to its attorneys' fees in petitioning the Court to confirm the award.

**Dated:** New York, New York
October 19, 2012

**RUBY J. KRAJICK**

**Clerk of Court**

**BY:**

**Deputy Clerk**

THIS D(... ....... .. .. . . . . .RED
ON THE DOCKET ON _____