## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK

Case No.: 12-CIV-3485

---------------------------------------------------------X

**STREAM INTERNATIONAL GLOBAL SERVICES PHILIPPINES, INC.,**

        Plaintiff,

- against -

**PEEK, INC.,**

        Defendant.

---------------------------------------------------------X

Attorney: **Anderson Kill & Olick, P.C.**  
1251 Avenue of the Americas  
42nd Floor  
New York, New York 10020  
212-278-1000

STATE OF NEW YORK, COUNTY OF NASSAU; SS:

The undersigned being duly sworn, deposes and says:

I, **Corey Guskin**, am not a party to this action, I am over 18 years of age, and I reside in the County of Nassau, in the State of New York.

That on Wednesday, February 6, 2013, at 10:29 A.M. deponent **attempted to serve** the within **Notice of Subpoena** and **Subpoena Duces Tecum**

Upon: **Peek, Inc.**  
Located at: 33 West 17th Street, 4th Floor, Suite 402, New York, New York 10011

### Attempted/Non Service:

Peek, Inc. is no longer at the above mentioned address. I was told that they were either bought out or just went out of business. The person I spoke to wasn't completely sure how Peek, Inc. completed its final situation. The company that now occupies Peek, Inc's office space is named Proclivity.

Corey Guskin

License # 1094475

Sworn to before me this 7th day of February, 2013

Notary Public

JOAN GUSKIN  
Notary Public, State of New York  
No. 01GU6230103  
Qualified in Nassau County  
Commission Expires November 1, 2014