# AFFIDAVIT OF SERVICE

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | Case No.: 12-CIV-3485 |

-----------------------------------------------------------------X

**STREAM INTERNATIONAL GLOBAL SERVICES PHILIPPINES, INC.,**

        Plaintiff,

- against -

**PEEK, INC.,**

        Defendant.

-----------------------------------------------------------------X

Attorney: **Anderson Kill & Olick, P.C.**
1251 Avenue of the Americas
42nd Floor
New York, New York 10020
212-278-1000

STATE OF NEW YORK, COUNTY OF NASSAU; SS:

The undersigned being duly sworn, deposes and says:

I, **Corey Guskin**, am not a party to this action, I am over 18 years of age, and I reside in the County of Nassau, in the State of New York.

That on Wednesday, February 6, 2013, at 10:43 A.M. deponent **attempted to serve** the within **Judicial Subpoena to Take a Deposition with a $42 Witness Fee.**

Upon:      **Amol Sarva**
Located at:   33 West 17th Street, 4th Floor, Suite 402, New York, New York 10011

**Attempted/Non Service:**

Amol Sarva is no longer at the above mentioned address. I was told that Amol Sarva's business was either bought out or just went out of business. The person I spoke to wasn't completely sure how Amol Sarva's business completed its final situation. The company that now occupies Amol Sarva's business office space is named Proclivity.

                              **Corey Guskin**

                              License # 1094475

Sworn to before me this 7th day of February, 2013

Notary Public

JOAN GUSKIN
Notary Public, State of New York
No. 01GU6230103
Qualified in Nassau County
Commission Expires November 1, 2014