## AFFIDAVIT OF SERVICE

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | Case No.: 12-CIV-3485 |

----------------------------------------------------------------X

| | |
|---|---|
| **STREAM INTERNATIONAL GLOBAL**<br>**SERVICES PHILIPPINES, INC.,** | Attorney:  **Anderson Kill & Olick, P.C.**<br>1251 Avenue of the Americas<br>42nd Floor |
| Plaintiff, | New York, New York 10020<br>212-278-1000 |
| - against - | |
| **PEEK, INC.,** | |
| Defendant. | |

----------------------------------------------------------------X

STATE OF NEW YORK, COUNTY OF NASSAU; SS:

The undersigned being duly sworn, deposes and says:

I, **Corey Guskin**, am not a party to this action, I am over 18 years of age, and I reside in the County of Nassau, in the State of New York.

That on Wednesday, February 20, 2013, at 10:24 A.M. deponent **attempted to serve** the within **Judicial Subpoena to Take a Deposition** with a $42 Witness Fee.

Upon:         **Amol Sarva**
Located at:   27-28 Thomson Avenue, Apt. #200, Long Island City, New York 11101

### Attempted/Non Service:

Amol Sarva is no longer at the above mentioned address. I was told that Amol Sarva's moved, but the concierge does not know the new address.

Corey Guskin

License # 1094475

Sworn to before me this 20th day of February, 2013

Notary Public

JOAN GUSKIN
Notary Public, State of New York
No. 01GU6230103
Qualified in Nassau County
Commission Expires November 1, 2014