## AFFIDAVIT OF SERVICE

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | Case No.: 12-CIV-3485<br>Dated: 2/22/13 |

-------------------------------------------------------------X

**STREAM INTERNATIONAL GLOBAL SERVICES PHILIPPINES, INC.,**

          Petitioner,

- against -

**PEEK, INC.,**

          Respondent.

-------------------------------------------------------------X

Attorney:  **Anderson Kill & Olick, P.C.**
1251 Avenue of the Americas
42nd Floor
New York, New York 10020
212-278-1000

STATE OF NEW YORK, COUNTY OF NASSAU; SS:

The undersigned being duly sworn, deposes and says:

I, **Corey Guskin**, am not a party to this action, I am over 18 years of age, and I reside in the County of Nassau, in the State of New York.

That on Friday, February 22, 2013, at 4:21 P.M. deponent **served** the within **Subpoena for Taking Deposition with a $45 Witness Fee**

Upon:        **Proclivity Media, Inc.**
Located at:  33 West 17th Street, 4th Floor, Suite 402, New York, New York 10011

### Corporate Service:

A corporation, by delivering there at a true copy of the aforesaid documents to **Proclivity Media, Inc.,** personally, deponent knew said corporation so served to be the corporation described in said Subpoena and knew said individual to be **Sheldon Gilbert** – CEO and Founder, thereof and he stated that he was authorized to accept service of process for Proclivity Media, Inc..

Sheldon Gilbert's Description: African American, Black Skin, Male, Black Hair, 37 Years Old, 6' 2" and 185 Lbs.

Corey Guskin

*/s/ Corey Guskin*

License # 1094475

Sworn to before me this 23rd day of February, 2013

*/s/ Joan Guskin*

Notary Public

**JOAN GUSKIN**
Notary Public, State of New York
No. 01GU0000103
Qualified in Nassau County
Commission Expires November 1, 2014