## AFFIDAVIT OF SERVICE

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | Case No.: 12-CIV-3485<br>Dated: 2/22/13 |

-------------------------------------------------------------X

**STREAM INTERNATIONAL GLOBAL SERVICES PHILIPPINES, INC.,**

        Petitioner,

   - against -

**PEEK, INC.,**

        Respondent,

**PROCLIVITY MEDIA,**

        Garnishee.

-------------------------------------------------------------X

Attorney: **Anderson Kill & Olick, P.C.**
1251 Avenue of the Americas
42nd Floor
New York, New York 10020
212-278-1000

STATE OF NEW YORK, COUNTY OF NASSAU; SS:

The undersigned being duly sworn, deposes and says:

I, **Corey Guskin**, am not a party to this action, I am over 18 years of age, and I reside in the County of Nassau, in the State of New York.

That on Friday, March 1, 2013, at 12:22 P.M. deponent **served** the within **Anderson Kill & Olick Cover Letter Dated 3/1/13 and Restraining Notice Pursuant to CPLR §§ 5222 and 5224**

Upon: **Proclivity Media, Inc.**
Located at: 33 West 17th Street, 4th Floor, Suite 402, New York, New York 10011

### Corporate Service:

A corporation, by delivering there at a true copy of the aforesaid documents to **Proclivity Media, Inc.**, personally, deponent knew said corporation so served to be the corporation described in said Subpoena and knew said individual to be **Rohit Gandhi** – Officer, thereof and he stated that he was authorized to accept service of process for Proclivity Media, Inc..

Rohit Gandhi's Description: Brown Skin, Male, Black Hair, 32 Years Old, 6' and 180 Lbs.

                                            Corey Guskin

                                            License # 1094475

Sworn to before me this 2nd day of March, 2013

Notary Public

JOAN GUSKIN
Notary Public, State of New York
No. 01GU6230103
Qualified in Nassau County
Commission Expires November 1, 2014