UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STREAM INTERNATIONAL GLOBAL SERVICES PHILIPPINES, INC.<br><br>                      Petitioner,<br><br>      v.<br><br>PEEK, INC.,<br><br>                      Respondent. | Case No. 12 CIV 3485 (TPG)<br><br>**AFFIDAVIT OF SERVICE BY MAIL** |

STATE OF NEW YORK   )
                              : ss.:
COUNTY OF NEW YORK )

        PATRICIA WARD, being duly sworn, deposes and says:

        I am over 18 years of age and I am not a party to the above-referenced action. I am employed by Anderson Kill & Olick, P.C. located at 1251 Avenue of the Americas, New York, NY 10020.

        On Februay 22, 2013, I mailed a copy of the Notice of Subpoena upon:

        Peek, Inc.
        33 West 17th Street
        4th Floor
        New York, NY 10011

by depositing a true copy of the Notice of Subpoena in a postage paid envelope addressed to the above company in a mailbox maintained by the U.S. Postal Service.

                                                                             /s/ Patricia Ward
                                                                             Patricia Ward

Sworn to before me this 22 day
of February 2013.

/s/ Melina Olivieri
Notary Public

Melina Olivieri
Notary Public, State of New York
NO. 01OL6212487
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires October 13, 20 13

NYDOCS1-968325.1