## AFFIDAVIT OF SERVICE

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | Case No.: 12-CIV-3485<br>Dated: 4/15/13 |

-----------------------------------------------X

STREAM INTERNATIONAL GLOBAL SERVICES PHILIPPINES, INC.,

        Petitioner,

- against -

PEEK, INC.,

        Respondent.
-----------------------------------------------X

Attorney: **Anderson Kill & Olick, P.C.**
1251 Avenue of the Americas
42nd Floor
New York, New York 10020
212-278-1000

STATE OF NEW YORK, COUNTY OF NASSAU; SS:

The undersigned being duly sworn, deposes and says:

I, **Corey Guskin**, am not a party to this action, I am over 18 years of age, and I reside in the County of Nassau, in the State of New York.

That on Monday, April 15, 2013, at 3:26 P.M. deponent **served** the within Anderson Kill & Olick Cover Letter Dated 4/15/13, **Subpoena Duces Tecum**(to Proclivity Media) and Rider A

Upon:       **Brian D. Hail c/o Goodwin Proctor LLP**       (212) 813-8800
Located at:  620 Eighth Avenue, New York, New York 10018

### Law Firm Service:

by delivering there at a true copy of the aforesaid documents to **Brian D. Hail c/o Goodwin Proctor LLP,** personally, at their usual place of business within the state. Deponent knew said law firm so served to be the law firm described in the Subpoena Duces Tecum. Deponent knew said individual served to be **Ricky Ramoutar** - Office Services, and the person in charge at the time of service, thereof and he stated that he was authorized to accept service of process for Brian D. Hail c/o Goodwin Proctor LLP.

Ricky Ramoutar's Description: Brown Skin, Male, Black Hair, 30 Years Old, 5' 10" and 185 Lbs.

                                                         Corey Guskin

                                                         License # 1094475

Sworn to before me this 17th day of April, 2013

Notary Public

                                                     JOAN GUSKIN
                                   Notary Public, State of New York
                                         No. 01GU6230103
                                   Qualified in Nassau County
                             Commission Expires November 1, 2014