UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STREAM INTERNATIONAL GLOBAL SERVICES PHILIPPINES, INC.<br><br>　　　　　　　　Petitioner,<br><br>　　v.<br><br>PEEK, INC.,<br><br>　　　　　　　　Respondent. | Case No. 12 CIV 3485 (TPG)<br><br>**AFFIDAVIT OF SERVICE BY MAIL** |

STATE OF NEW YORK   )
　　　　　　　　　　　: ss.:
COUNTY OF NEW YORK )

　　　　PATRICIA WARD, being duly sworn, deposes and says:

　　　　I am over 18 years of age and I am not a party to the above-referenced action. I am employed by Anderson Kill & Olick, P.C. located at 1251 Avenue of the Americas, New York, NY 10020.

　　　　On April 15, 2013, I mailed a copy of the Notice of Subpoena (with the Subpoena Duces Tecum) upon:

　　　　　　Peek, Inc.
　　　　　　33 West 17th Street
　　　　　　4th Floor
　　　　　　New York, NY  10011

by depositing a true copy of the Notice of Subpoena in a postage paid envelope addressed to the above company in a mailbox maintained by the U.S. Postal Service.

　　　　　　　　　　　　　　　　　　　　　　　　_Patricia Ward_
　　　　　　　　　　　　　　　　　　　　　　　　Patricia Ward

Sworn to before me this 15th day
of April 2013.

_Matthew F. Putorti_
Notary Public

Matthew Francis Putorti
NOTARY PUBLIC, State of New York
No. 02PU6264131
Qualified in Washington County
Commission Expires June 25, 2016

NYDOCS1-968325.1