# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No.: **12-CIV-3485**
Dated: 5/30/13

-----------------------------------------------------------X

**STREAM INTERNATIONAL GLOBAL SERVICES PHILIPPINES, INC.,**

        Petitioner,

- against -

**PEEK, INC.,**

        Respondent,

**SQUARE 1 BANK,**

        Garnishee.

-----------------------------------------------------------X

Attorney: **Anderson Kill & Olick, P.C.**
1251 Avenue of the Americas
42nd Floor
New York, New York 10020
212-278-1000

STATE OF NEW YORK, COUNTY OF NASSAU; SS:

The undersigned being duly sworn, deposes and says:

I, **Corey Guskin**, am not a party to this action, I am over 18 years of age, and I reside in the County of Nassau, in the State of New York.

That on Thursday, May 30, 2013, at 12:15 P.M. deponent **served** the within Matthew F. Putorti Cover Letter Dated 5/30/13, **Subpoena and Restraining Notice and 2 Sets of Information Subpoena Questions and Answers**

Upon:       **Square 1 Bank**    (646) 770 - 9380
Located at:  500 Fifth Avenue, 46th Floor, New York, New York 10110

### Business Entity Service:

A business entity, by delivering there at a true copy of the aforesaid documents to **Square 1 Bank** personally, deponent knew said business entity so served to be the business entity described in said Subpoena and Restraining Notice and knew said individual to be **Stephanie Erwin**, Administration/East Banking Sales Specialist, and the person in charge at the time of service, thereof and she stated that she was authorized to accept service of process for Square 1 Bank.

Stefanie Erwin's Description: Caucasian, White Skin, Female, Dirty Blonde Hair, 28 Years Old, 5' 3" and 130 Lbs.

Corey Guskin

*/s/ Corey Guskin/*

License # 1094475

Sworn to before me this 30th day of May, 2013

*/s/ Joan Guskin/*

Notary Public

**JOAN GUSKIN**
Notary Public, State of New York
No. 01GU6230103
Qualified in Nassau County
Commission Expires November 01, 2014